UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAROL SANTIAGO,

    Appellant/Plaintiff,

v.                                               Case No. 8:22-cv-2256-WFJ-SPF

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Appellee/Defendant.
_____/

**O R D E R**

    Mr. Santiago, a Florida prisoner, filed a "Notice of Appeal" (Doc. 1) in which he appears to state he intends to file a petition for the writ of habeas corpus under 28 U.S.C. § 2254 and asserts the petition will be timely under the applicable federal statute of limitations. He failed, however, to file a habeas petition alleging the grounds under which he claims entitlement to relief.

    Rule 3, Fed.R.Civ.P., provides that "[a] civil action is commenced by filing a complaint with the court." Because Mr. Santiago failed to file a complaint or petition to initiate an action, this case is **DISMISSED** without prejudice to Mr. Santiago filing a petition for the writ of habeas corpus in a new case with a new case number. The **Clerk of Court** shall enclose a copy of the court-approved form used to initiate a § 2254 action with Mr. Santiago's copy of this Order and close this case.

    **ORDERED** in Tampa, Florida, on October 11, 2022.

                                                                WILLIAM F. JUNG
                                                                UNITED STATES DISTRICT JUDGE

Copy to: Jarol Santiago, *pro se*